Rikko SMITH *v.* STATE of Arkansas

CR 05-1039                                                  222 S.W.3d 214

Supreme Court of Arkansas
Opinion delivered January 12, 2006

*Sandra Trotter Phillips*, for appellant.

No response.

P ER CURIAM. ■ We previously granted the Motion for Rule on Clerk and remanded the matter to the trial court to

make findings of fact on the issue of attorney error. From the findings of fact presented, it is clear that the error here soundly rests on Sandra Trotter Phillips. It is the responsibility of the trial counsel to perfect the appeal. This responsibility cannot be handed off to any other. The issue of attorney error is referred to the Committee on Professional Conduct.